O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-3858-AHM (Ex) | Date | August 10, 2009 |
|---|---|---|---|
| Title | HAK EUN LEE v. WASHINGTON MUTUAL, et al. | | |

| Present: The Honorable | A. Howard Matz | |
|---|---|---|
| Stephen Montes | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | No Appearance |

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

   The Court ORDERS plaintiff's attorney, David Soo Y. Lee, Esq., to SHOW CAUSE in writing by not later than August 20, 2009 why he should not be sanctioned in the amount of $250 for failure to comply with L.R. Rule 16(b), failure to appear at the scheduling conference on August 10, 2009 and failure to advise the Court in advance of any inability to appear.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | SMO |