O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3858 AHM (Ex) | Date | January 13, 2010 |
|---|---|---|---|
| Title | HAK EUN LEE v. WASHINGTON MUTUAL, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On August 10, 2009, the Court ordered Plaintiff's attorney, David Soo Y. Lee, to show cause by August 20, 2009 why he should not be sanctioned in the amount of $250 for failure to comply with L.R. Rule 16(b), failure to appear at the scheduling conference on August 10, 2009, and failure to advise the Court in advance of any inability to appear. The Court has received no response from Mr. Lee. Accordingly, the Court sanctions David Soo Y. Lee and ORDERS him to pay $250.00 to the Clerk of Court by January 23, 2010.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

cc: **Fiscal**