O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3858 AHM (Ex) | Date | February 2, 2010 |
|---|---|---|---|
| Title | HAK EUN LEE v. WASHINGTON MUTUAL, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court has received notice that Plaintiff's counsel, David Soon Young Lee, has been suspended from the bar of this Court. The Court ORDERS counsel for defendant J.P. Morgan Chase to notify Plaintiff of that development by sending this notice to Plaintiff directly. The Court further ORDERS counsel to provide a report on the status of what remains of this case, by February 10, 2010.

|  | : |
|---|---|
| Initials of Preparer | SMO |